JULES G. HORINE and Another v. AARON M. SLOSS and Others.— Motion to

dismiss appeal granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.